IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION


GAREY SMITH,                                    :
                                                :
            Petitioner(s),                      :
                                                :   Case Number: 1:07cv977
      vs.                                       :
                                                :   Chief Judge Susan J. Dlott
WARDEN, SOUTHERN OHIO                           :
CORRECTIONAL FACILITY,                          :
                                                :
            Respondent(s).                      :

                                    ORDER

      This matter is before the Court pursuant to the Order of General Reference in the United

States District Court for the Southern District of Ohio Western Division to United States

Magistrate Judge Timothy S. Black. Pursuant to such reference, the Magistrate Judge issued an

Order resolving petitioner's non-dispositive motions (Doc. 53).  The Magistrate Judge also

reviewed the pleadings and filed with this Court on July 9, 2009 a Report and Recommendation

to deny petitioner's amended habeas petition with prejudice (Doc. 54).  Subsequently, the

petitioner filed objections to both the Order (Doc. 58) and the Report and Recommendation

(Doc. 62).

      The Court has reviewed the petitioner's non-dispositive motions (Doc. 20, 26, 28, 31, 41,

43, 45, 47, 49, 50 and 51), the Magistrate Judge's Order on those motions and petitioner's

objection thereto.  Petitioner has not shown that the Magistrate Judge's Order on the non-

dispositive motions was clearly erroneous or contrary to the law.  The Court therefore declines to

reconsider those motions.

      With respect to the Report and Recommendation, the Court has reviewed the

comprehensive findings of the Magistrate Judge in the Report and Recommendation, considered

de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does

determine that such Recommendation should be adopted.

Accordingly, petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254,

as amended (*see* Docs. 1, 25, 33) is **DENIED** with prejudice.

A certificate of appealability will not issue on any of the claims alleged in Grounds "B"

and "C" of the petition that are waived and thus procedurally barred from review, because under

the first prong of the two-part standard enunciated in *Slack v. McDaniel*, 529 U.S. 473, 484-85

(2000), "jurists of reason" will not find it debatable whether the Court is correct in its procedural

ruling.

A certificate of appealability also will not issue with respect to the double jeopardy

claims alleged in Ground "A" and a portion of Ground "B", the claims alleged in Grounds "B"

and "D" challenging petitioner's sentences, the claim alleged in Ground "B" challenging the trial

court's refusal to give a lesser offense instructions, and the undefaulted judicial misconduct

claims alleged in Ground "C".  Reasonable jurists will not find it debatable whether any of these

claims should have been resolved in a different manner or, alternatively, whether the issues

presented are "adequate to deserve encouragement to proceed further."  *Miller v. El-Cockrell,*

537 U.S. 322, 336 (2003) (quoting *Slack,* 529 U.S. at 484); *see also* 28 U.S. C. § 2253( C ); Fed.

R. App. P. 22(b).

A certificate of appealability, however, will issue with respect to the undefaulted

prosecutorial misconduct claim alleged in Ground "C", which was addressed on the merits

herein, because reasonable jurists will find it debatable whether that claim should have been

resolved in a different matter. *See id.*

With respect to any application by petitioner to proceed on appeal *in forma pauperis,* the Court will certify pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of any Order adopting this Report and Recommendation will be taken in "good faith," and therefore, **GRANT** petitioner leave to proceed on appeal *in forma pauperis* upon a showing of financial necessity. *See* Fed. R. App. P. 24(a); *Kincade v. Sparkman,* 117 F.3d 949, 952 (6th Cir. 1997).

Petitioner's motions to further supplement the record (Docs. 55 and 56) are **DENIED AS MOOT.**

IT IS SO ORDERED.


                       ___s/Susan J. Dlott_____

_                                        Chief Judge Susan J. Dlott
                                        United States District Court